# United States Bankruptcy Court
## Indianapolis Division

| | |
|---|---|
| In RE: | JEANNIE RAY BAKER |
| | 404 WINFIELD STREET |
| | GREENFIELD IN 46140 |

Case Number    **04-17472-JKC**

SS #(1):  xxx-xx-9952
SS #(2):  xxx-xx-

---

# Final Report and Account

| | | | | |
|---|---|---|---|---|
| Case Filed: | 9/22/2004 | Plan Confirmed: | 12/9/2004 | |
| This Case was Paid Out, Discharge | | | | |

Case Concluded:    2/ 7/2008
Report Prepared:    04/07/2008

**Your Trustee has maintained detailed records of all receipts, including the source or other identification of each receipt and all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.**

**RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of Creditors.**    **$25,894.90**

| Distributions to Creditors<br>Creditor Name | Class | Amount<br>Allowed | Principal<br>Paid | Interest<br>Paid | Balance<br>Due |
|---|---|---|---|---|---|
| RESURGENT AQUISITION LLC | Unsecured | 4,014.18 | 4,014.18 | | $0.00 |
| HUNTINGTON NATIONAL BANK | Secured | 9,847.50 | | | Scheduled |
| ELI LILLY FEDERAL CREDIT UNION | Unsecured | 2,935.54 | 1,945.24 | | Creditor Paid |
| ECAST SETTLEMENT CORPORATION | Unsecured | 4,917.56 | 4,917.56 | | $0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 9,558.67 | 9,558.67 | | $0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,175.44 | 1,175.44 | | $0.00 |
| KOHLS DEPARTMENT STORES | Unsecured | 172.09 | 172.09 | | $0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 142.00 | 142.00 | | $0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 403.87 | 403.87 | | $0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 515.97 | 515.97 | | $0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | | Other |
|---|---|---|---|---|---|---|---|---|---|
| Total Allowed | $0.00 | $0.00 | $22,845.02 | $32.07 | $1,595.00 | $0.00 | $0.00 | $1,422.81 |
| Principal Paid | $0.00 | $0.00 | $22,845.02 | $32.07 | $1,595.00 | $0.00 | $0.00 | $1,422.81 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| LAW OFFICES OF MARK S ZUCKERBERG | 1,595.00 | 1,595.00 |

## COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 1,422.81 | 32.07 | 1,454.88 |

## SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 25,894.90 |
| Total Paid to Principal & Interest | 22,845.02 |
| Refund to Debtor | 0.00 |
| Paid to Debtor's Attorney | 1,595.00 |
| Court Cost & Other Expenses of Administration | 1,454.88 |
| Total Disbursements | 25,894.90 |
| Remaining Funds on Hand | 0.00 |

I hereby certify that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

SWORN TO THIS 7 DAY OF April 2008

 /s/ Ann M. DeLaney
_____